IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEBORAH LELIAERT and PAULA WOOLWORTH, a married couple,<br><br>       Plaintiffs,<br><br> *versus*<br><br>BRIAN D. RAGLAND, FREDERICK E. ROWE, JR., DOUG DANZEISER, CYDNEY DONNELL, YOLANDA GRIEGO, and I. CRAIG HESTER, in their official capacities as members of the Board of Trustees for the Employee Retirement System of Texas, a Texas governmental public trust fund, and PORTER WILSON, in his official capacity as the Executive Director of the Employee Retirement System of Texas, a Texas governmental public trust fund,<br><br>       Defendants. | **CASE NO. 1:15-cv-00506** |

## NOTICE OF DISMISSAL

In light of the United States Supreme Court's decision in *Obergefell v. Hodges*, No. 14-556, 2015 U.S. Lexis 4250 (June 26, 2015), and Defendants' compliance with that ruling, this case is now moot.

Pursuant to Rule 41(a)(1)(A)(i), Plaintiffs hereby dismiss this action in its entirety as against all Defendants, none of whom have answered or moved for summary judgment.

Dated: July 1, 2015 Respectfully submitted,

        LAMBDA LEGAL DEFENSE AND
           EDUCATION FUND, INC.

By: *s/ Kenneth D. Upton, Jr.*
     Kenneth D. Upton, Jr.*
     Texas State Bar No. 00797972
     kupton@lambdalegal.org

     Paul D. Castillo
     Texas State Bar No. 24049461
     pcastillo@lambdalegal.org

3500 Oak Lawn Avenue, Suite 500
Dallas, Texas 75219-6722
Telephone: (214) 219-8585
Facsimile: (214) 219-4455
ATTORNEYS FOR PLAINTIFFS

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

Because no Defendant has yet appeared, on July 1, 2015, all Defendants have been given notice by email through the Office of the Attorney General:

Angela V. Colmenero, Esq.
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
angela.colmenero@texasattorneygeneral.gov.

By: *s/ Kenneth D. Upton, Jr.*
     Kenneth D. Upton, Jr.